# United States District Court
### for the
### Southern District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Vashion Devanbussy BALDWIN**<br>Hurst, Texas | )<br>)<br>)  Case Number:<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 2, 2018** in the county of **Webb** in the **Southern** District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 United States Code, Section 1324 | Did unlawfully transport or move or attempt to transport or move Mexican nationals Gustavo AHUATZI-Gonzalez and Maria Juana VERTIZ-Vertiz and five (5) other undocumented aliens by means of a motor vehicle or otherwise within the Southern District of Texas, knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law; and conspired to transport the aliens by means of a motor vehicle or otherwise. |

This criminal complaint is based on these facts:

See attachment "A".

[X]   Continued on the attached sheet.

/s/ Adam Rodriguez
Complainant's Signature

**Adam Rodriguez, HSI Special Agent**
Printed Name and Title

Sworn to before me and signed in my presence,

Date: **October 4, 2018**

Judge's Signature

City and State: **Laredo, Texas**        **Diana Song-Quiroga, U.S. Magistrate Judge**
Printed Name and Title

UNITED STATES OF AMERICA  
V.  
**Vashion Devanbussy BALDWIN**

Page 2

[CONT OF BASIS OF COMPLAINT]

On October 2, 2018, Homeland Security Investigations (HSI) Special Agents (SAs) responded to the Laredo North U.S. Border Patrol (USBP) checkpoint and initiated an investigation for a failed alien smuggling event involving seven (7) undocumented aliens (UDAs).

On October 2, 2018, at approximately 8:50 p.m., a white in color tractor trailer driven by Vashion Devanbussy BALDWIN approached the primary inspection lane at the Laredo North USBP checkpoint. The USBP agent assigned to the primary inspection lane observed one visible occupant, BALDWIN, inside the vehicle. The USBP agent noticed the curtain to the sleeper cab was closed. The USBP agent asked BALDWIN if he may look behind the sleeper cab curtain to which BALDWIN replied, "yes". BALDWIN then opened the sleeper cab curtain, revealing several subjects inside the sleeper cab area of the vehicle.

BALDWIN was taken into custody at the primary inspection lane while other USBP agents responded and took custody of the remaining subjects. There were seven remaining subjects who all admitted to being illegally present in the United States.

In a post Miranda interview, BALDWIN confessed to knowingly transporting the seven UDAs for financial gain. BALDWIN stated he was recruited to transport UDAs from Laredo, Texas to San Antonio, Texas approximately two weeks prior to October 2, 2018. BALDWIN stated he was to be paid $1,000 USD for each UDA he transported for a total sum of $7,000 USD. BALDWIN stated he transported a load of UDAs on one occasion prior to this date.

Interviews were conducted on the 7 UDAs and out of the seven, two of the UDAs were held as material witnesses, Gustavo AHUATZI-Gonzalez and Maria Juana VERTIZ-Vertiz.

AHUATZI-Gonzalez stated he is a citizen and national of Mexico with no legal right to be present in the United States. AHUATZI-Gonzalez stated he was illegally smuggled into the United States by crossing the Rio Grande river on an inner tube. AHUATZI-Gonzalez stated he was to pay a total of $4,500 to be smuggled to Chicago, IL. AHAUTZI-Gonzalez stated a male subject was standing next to the passenger door of the tractor when he entered the tractor. AHUATZI-Gonzalez described the individual standing next to the tractor as a fat, black male, which corresponds with BALDWIN's physical appearance. After the tractor departed from where AHUATZI-Gonzalez got into the tractor, no stops were made until they reached the Border Patrol checkpoint.

VERTIZ-Vertiz stated she is a citizen and national of Mexico with no legal right to be present in the United States. VERTIZ-Vertiz stated she was illegally smuggled into the United States by crossing the Rio Grande river on an inner tube. VERTIZ-Vertiz stated she was to pay a total of $7,000 to be smuggled to Houston, Texas. VERTIZ-Vertiz stated a male subject was standing next to the passenger door of the tractor when she entered the tractor. VERTIZ-Vertiz described the individual standing next to the tractor as a tall, fat, black male, which corresponds with BALDWIN's physical appearance. After the tractor departed from where VERTIZ-Vertiz got into the tractor, no stops were made until they reached the Border Patrol checkpoint. VERTIZ-Vertiz stated a total of seven (7) UDAs were smuggled in the tractor.

[END]